Edward W. Dindinger, Esq. (ISB #10144)
RUNFT DINDINGER KOHLER, PLLC
1020 W. Main St., Ste. 400
Boise, ID 83702
PO Box 1406
Boise, ID 83701-1406
Tel: 208-616-5459
Email: service@rdkboise.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATT WILKE, an individual; THOMAS WILKE, an individual; and JENINE WILKE, an individual,<br><br>            Plaintiffs,<br>    vs.<br><br>DANIEL PACHECO, an individual; IPRO SOLUTIONS LLC, a California limited liability company; IPRO NETWORK LLC, a California limited liability company; ITHRIVE CORPORATION, a Delaware corporation; and DOES 1-10,<br>            Defendants. | Case No.: 1:23-cv-00134<br><br>**DECLARATION OF EDWARD W. DINDINGER IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

I, Edward W. Dindinger, declare pursuant to 28 U.S.C. § 1746 as follows:

1.     I am an attorney admitted to practice before all courts of the State of Idaho, I am admitted to practice before this Court, and I am an attorney with the law firm of Runft Dindinger Kohler, PLLC, attorneys for the Defendants. I make this Declaration based upon my personal knowledge in support of Defendants' removal of the case styled *Matt Wilke et al. v. Daniel*

**DECLARATION OF EDWARD W. DINDINGER IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY) - 1**

*Pacheco et al.*, filed in the Fourth Judicial District of the State of Idaho, in and for the County of Ada, Case No. CV01-22-13982 ("State Court Case"), to this Court. I could and would competently testify to the matters stated in this Declaration if called as a witness.

2. A true and correct copy of the *Complaint* filed in the State Court Case is attached hereto as **Exhibit A**.

3. Pursuant to Dist. Idaho Loc. Civ. R. 5.2(d) and 81.1, true and correct copies of the following documents from the State Court Case are attached hereto as **Exhibit B**: iCourt docket history (as of 3/30/2023); Summons to Daniel Pacheco; Summons to IPro Solutions LLC; Summons to IPro Network LLC; Summons to IThrive Corporation, Inc; Notice of Substitution of Counsel; Affidavit of Service; and Return of Service.

4. Plaintiffs' Complaint avers that all Plaintiffs are individuals residing in Canyon County, Idaho.

5. Defendant Daniel Pacheco is an individual residing in San Benardino County, California.

6. Defendants IPro Solutions LLC and IPro Network LLC are California limited liability companies with their principal places of business in Irvine, California.

7. Defendant IThrive Corporation is a Delaware corporation with its principal place of business in Middletown, Delaware.

8. With respect to unanimity, our Firm represents all Defendants and all Defendants consent to the removal of this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**DECLARATION OF EDWARD W. DINDINGER IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY) - 2**

DATED this 31st day of March, 2023.

                              RUNFT DINDINGER KOHLER, PLLC

                              By:   /s/ Edward W. Dindinger
                              Edward William Dindinger, Esq.
                              Attorney for Defendants

**DECLARATION OF EDWARD W. DINDINGER IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY) - 3**

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, a true and correct copy of the foregoing DECLARATION OF EDWARD W. DINDINGER IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY), in accordance with the Federal Rules of Civil Procedure, was served upon the following persons by the method(s) indicated below:

| | |
|---|---|
| Vaughn Fisher, Esq.<br>Christopher Brown, Esq.<br>FISHER HUDSON SHALLAT<br>Attorneys for Plaintiffs<br>950 W. Bannock Street, Suite 630<br>Boise, ID 83702 | By ECF:   vaughn@fisherhudson.com<br>chris@fisherhudson.com |

RUNFT DINDINGER KOHLER, PLLC

By:   /s/ Edward W. Dindinger
Edward William Dindinger, Esq.
Attorney for Defendants

**DECLARATION OF EDWARD W. DINDINGER IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY) - 4**