UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATT WILKE, an individual; THOMAS WILKE, an individual; JENINE WILKE, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>DANIEL PACHECO, an individual, IPRO SOLUTIONS LLC, a California limited liability corporation; IPRO NETWORK LLC, a California limited liability corporation; ITHRIVE GROUP, LLC, a Nevada limited liability corporation; and DOES 1-10,<br><br>　　　　　　Defendant. | Case No. 1:23-cv-00134-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed on August 30, 2023 (Dkt. 30),

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered and that this case be DISMISSED IN ITS ENTIRETY.

DATED: **October 27, 2023**

B. Lynn Winmill
U.S. District Court Judge

JUDGMENT - 1